DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH EUGENE NIX,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2983

[March 29, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 02-009736 CF10A.

Kenneth Eugene Nix, Madison, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Jessenia J. Concepcion, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and MAY, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***